■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD SANCHEZ, Appellant. — Judgment, Supreme Court, New York County, rendered on January 12, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J.P., Sullivan, Ross, Lupiano and Silverman, JJ.

■ In the Matter of GEORGE C. FINDLAY, a Resigned Attorney, for Reinstatement. — Motion granted and petitioner will be reinstated as an attorney and counselor at law in the State of New York upon the taking of the appropriate oath. Concur — Fein, J.P., Sullivan, Lupiano, Silverman and Carro, JJ.

## (March 19, 1981)

■ In the Matter of TRACY B., a Person Alleged to Be a Juvenile Delinquent, Appellant. CITY OF NEW YORK, Respondent. — Order, Family Court, Bronx County, entered October 31, 1979, which adjudicated appellant a juvenile delinquent and placed him on probation for one year, reversed, on the law, and petition dismissed, in the exercise of discretion, without costs. As the respondent candidly concedes, the plea was not properly taken. The appointment of the Judge's secretary, a stranger, as the guardian ad litem was improper *(Matter of Myacutta A.,* 75 AD2d 774). The appellant's mother, although notified, was not given a reasonable opportunity to appear in court. Likewise, at the plea, the Judge did not give the appellant an adequate explanation of his constitutional rights or the consequences flowing from a waiver of those rights. *(Matter of Steven W.,* 75 AD2d 756.) Since the appellant has already served the one-year term of probation imposed at the dispositional hearing, this matter is dismissed instead of remanded for a new fact-finding hearing. Concur — Murphy, P.J., Sandler, Carro, Lupiano and Fein, JJ.